# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2022
```

December 29, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

      Re:    Norris v. RPC Restaurant Corp., d/b/a Red Paper Clip, et al.
              Case 1:21-cv-08956-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Case Management Plan and Joint Letter in this matter is currently due January 3, 2022. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 12 & D.E. 13]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Case Management Plan and Joint Letter due date is hereby respectfully requested to a date convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                            Sincerely,

                            By: /S/ B. Bradley Weitz
                                B. Bradley Weitz, Esq. (BW9365)
                                THE WEITZ LAW FIRM, P.A.
                                Attorney for Plaintiff
                                Bank of America Building
                                18305 Biscayne Blvd., Suite 214
                                Aventura, Florida 33160
                                Telephone: (305) 949-7777
                                Facsimile: (305) 704-3877
                                Email: bbw@weitzfirm.com

GRANTED. The deadline to file the joint letter and proposed case management plan is ADJOURNED to **February 2, 2022**. If Defendants have not appeared by **February 2, 2022**, Plaintiffs shall move for default.

SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                ANALISA TORRES
                                United States District Judge