```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NAMEL NORRIS,

                          Plaintiff,

        -against-

RPC RESTAURANT CORP., a New York
corporation, d/b/a RED PAPER CLIP, and M & E
CHRISTOPHER LLC, a New York limited liability
company,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2021_

21 Civ. 8956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 19, 2022, the Court ordered the parties to file their joint letter and proposed case management plan, or Plaintiff to move for default by May 18, 2022. ECF No. 25. The Court further stated that no further extension would be granted, absent a showing of good cause. *Id.* The parties have failed to make any filings. Accordingly, by **May 25, 2022**, Plaintiff shall move for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases. If Plaintiff does not move for default by that date, the Court shall issue an order to show cause why this case should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge