UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-

RPC RESTAURANT CORP. and M & E CHRISTOPHER LLC,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8956 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement.  All pretrial motions and applications, including those relating to scheduling motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      By **October 11, 2023**, Plaintiff and Defendant M & E Christopher LLC shall file a joint letter (i) reporting on the status of their efforts to contact Defendant RPC Restaurant Corp. and (ii) the parties' interest in a settlement conference with the Court.

Dated:      New York, New York
              September 11, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**