UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 21 Civ. 8956 (JLR) (SLC)

RPC RESTAURANT CORP. and M & E
CHRISTOPHER LLC,                        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Wednesday, November 8, 2023 at 11:00 am** on the Court's conference line to discuss scheduling a settlement conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform). Plaintiff and Defendant M & E Christopher LLC shall continue to attempt to contact Defendant RPC Restaurant Corp.

Dated:      New York, New York
               October 12, 2023              SO ORDERED.

                                                                       **SARAH L. CAVE**
                                                                       **United States Magistrate Judge**