UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

        Plaintiff,

-v-

RPC RESTAURANT CORP. and M & E CHRISTOPHER LLC,

        Defendants.

CIVIL ACTION NO. 21 Civ. 8956 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 24, 2024, the Court directed the parties to file by April 26, 2024 a joint letter (the "Letter"), no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention. (ECF No. 71 ¶ 2). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **April 30, 2024 at 12:00 pm**.

Dated:    New York, New York
           April 29, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**