UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

            Plaintiff,

  -v-                                  CIVIL ACTION NO. 21 Civ. 8956 (JLR) (SLC)

RPC RESTAURANT CORP. and M & E CHRISTOPHER LLC,                     **ORDER**

            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' status letter at ECF No. 80, the Court orders as follows:

1. The telephone status conference scheduled for May 1, 2024 (ECF No. 71 ¶ 2) is CANCELLED.

2. All terms of the Initial Case Management Plan (ECF No. 73) REMAIN IN EFFECT.

The Clerk of Court is respectfully directed to terminate the May 1, 2024 telephone conference.

Dated:    New York, New York
           April 30, 2024

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  United States Magistrate Judge