UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

        Plaintiff,

-v-

RPC RESTAURANT CORP. and M & E CHRISTOPHER LLC,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 8956 (JLR) (SLC)

**ORDER**

SARAH L. CAVE, United States Magistrate Judge.

In light of the Honorable Jennifer L. Rochon's Order at ECF No. 84, the undersigned's Order at ECF No. 83 is VACATED.

Dated:    New York, New York
           May 22, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**