UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                                    Plaintiff,<br><br>              -against-<br><br>RPC RESTAURANT CORP., a New York Corporation, d/b/a RED PAPER CLIP, and M&E CHRISTOPHER LLC, a New York limited liability company,<br><br>                                    Defendants. | Case No. 1:21-cv-08956 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On January 25, 2024, the Clerk of Court entered a Certificate of Default as to Defendant RPC Restaurant Corp. Dkt. 78. On September 13, 2024, the Clerk of Court entered a Certificate of Default as to Defendant M&E Christoper LLC. Dkt. 110. On September 16, 2024, the Court directed Plaintiff to file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55. Dkt. 111. On October 17, 2024, Plaintiff filed Motions for Default Judgment against Defendants RPC Restaurant Corp. and M&E Christopher LLC. Dkts. 116, 117. On October 18, 2024, Plaintiff filed proposed default judgment orders as to the Defendants. Dkts. 124, 125.

However, the burden is on Plaintiff to establish his entitlement to recovery. *See Greyhound Exhibitgroup, Inc. v. E.L.U.L. Realty Corp.*, 973 F.2d 155, 158 (2d Cir. 1992), *cert. denied*, 506 U.S. 1080 (1993). "While a party's default is deemed to constitute a concession of all well pleaded allegations of liability, it is not considered an admission of damages." *Id*. Consistent with Local Rule 55, Plaintiff is directed to refile his motions for default judgment, along with accompanying memoranda of law if deemed necessary, setting

1

forth the basis for his entitlement to default judgment and the basis for the damages requested, including legal authority regarding whether an inquest into damages is unnecessary. Plaintiff shall submit updated materials by no later than October 25, 2024.

Dated: October 18, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2