# THE WEITZ LAW FIRM, P.A.

<div style="text-align: right;">
Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160
</div>

October 25, 2024

**VIA CM/ECF**
Honorable Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

      Re:    Norris v. RPC Restaurant Corp., d/b/a Red Paper Clip, et al.
             Case 1:21-cv-08956-JLR-SLC

Dear Judge Rochon:

    The undersigned represents the Plaintiff in the above-captioned matter. Pursuant to Order [D.E. 127], Plaintiff is directed to refile his motion for default judgment, along with accompanying memoranda of law if deemed necessary, setting forth the basis for his entitlement to default judgment and the basis for the damages requested, etc.

    Due to a recent full calendar and also due to the feasts of Sukkot, Shemini Atzeret, and Simchat Torah, Plaintiff respectfully requests a 10-day extension of time to provide the refiling of the Motion for Default Judgment and required or necessary memorandum and content to the Court..

    Thank you for your consideration of this matter.

<div style="margin-left: 50%;">
Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com
</div>

The request for an extension of time to file Plaintiff's motions for default judgment, along with the accompanying memoranda of law, is GRANTED.  Plaintiff shall file the motions for default and any accompanying memoranda by November 4, 2024.

Dated: October 28, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**