UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NAMEL NORRIS,

                Plaintiff,                              Case. No. 1:21-cv-08956-JLR-SLC

        -against-                        **DEFAULT JUDGMENT**

RPC RESTAURANT CORP., a New York
corporation, d/b/a RED PAPER CLIP, and
M & E CHRISTOPHER LLC, a New York
limited liability company,

                  Defendants
  --------------------------------------------------------x

       This action having been commenced on November 1, 2021 by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been personally

served on the defendant, RPC RESTAURANT CORP., on November 17, 2021, by personal

service on Nancy Dougherty as agent of the Secretary of State of New York, and a proof of

service having been filed on December 25, 2021, and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS has judgment

against Defendant, RPC RESTAURANT CORP., requiring Defendant, RPC RESTAURANT

CORP., located at 120 Christopher Street, New York, New York (the "Premises") to correct the

following architectural barriers within thirty (30) days as follows, or for the Premises to no longer

be permitted to be operating and open to the public:

      (i)      Failure to provide an accessible entrance, due to a step at said entrance, without

               an ADA-compliant ramp and/or wheelchair lift, in violation of 28 C.F.R. Part

               36, Section 4.14.

      (ii)     Failure to provide a safe and accessible means of egress from the Subject

               Facility, in violation of 28 C.F.R. Part 36, Section 4.3.10.

(iii)    The bar, with fixed footstand, is higher than 34 inches above the finish floor in violation of the requirements of 28 C.F.R. Part 36, Section 5.2 which requires a maximum height of the counter, or a 60-inch-wide section of it, to be 34 inches above the finish floor.

(iv)    Failure to provide a securely attached floor mat in the Subject Facility, in violation of 28 C.F.R. Part 36, Section 4.5.3.

(v)    Failure to provide adequate directional and accurate informational signage throughout the Subject Facility, as required by 28 C.F.R. Part 36, Section 4.1.3(16).

(vi)    Failure to provide signage, in the Subject Facility, addressing people with disabilities, telling them that accessible services are provided, as required by 28 C.F.R. Part 36, Section 4.30.4.

ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS, has judgment against Defendant, RPC RESTAURANT CORP., requiring Defendant, RPC RESTAURANT CORP., to compensate the Plaintiff one thousand dollars ($1,000.00) in compensatory damages based on Defendant, RPC RESTAURANT CORP.'s violation of the New York City Human Rights Law and the New York State Human Rights Law.

ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS, has judgment for an award of reasonable attorneys' fees, expert fees, and costs as it relates to this matter as to Defendant, RPC RESTAURANT CORP.  This Court retains jurisdiction relating the Plaintiff's attorney's fees and costs for a period of ninety (90) days from entry of this default judgment.

Dated: _____
        New York, New York

                                        _____
                                        Hon. Jennifer L. Rochon
                                        United States District Judge

This document was entered on the docket

on _____.