UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NAMEL NORRIS,

     Plaintiff,          Case No. 1:21-cv-08956-JLR-SLC

  -against-            **DEFAULT JUDGMENT**

RPC RESTAURANT CORP., a New York
corporation, d/b/a RED PAPER CLIP, and
M & E CHRISTOPHER LLC, a New York
limited liability company,

     Defendants
--------------------------------------------------------x

  This action having been commenced on November 1, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, M & E CHRISTOPHER LLC, on November 17, 2021 by personal service on Nancy Dougherty, agent of the Secretary of State of New York, and a proof of service having been filed on December 25, 2021. Though an Answer was filed on September/6, 2023 [D.E.56] by M & E CHRISTOPHER LLC, the attorney withdrew [D.E. 92]. Permission and Order to move for Clerk's Certificate of Default was given [D.E. 97], it is

  ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS has judgment against Defendant, M & E CHRISTOPHER LLC, requiring Defendant, M & E CHRISTOPHER LLC, owner of the property located at 120 Christopher Street, New York, New York (the "Premises") to correct the following architectural barriers within thirty (30) days as follows, or for the Premises to no longer be permitted to be operating and open to the public:

  (i)  Failure to provide an accessible entrance, due to a step at said entrance, without an ADA-compliant ramp and/or wheelchair lift, in violation of 28 C.F.R. Part 36, Section 4.14.

  (ii)  Failure to provide a safe and accessible means of egress from the Subject Facility, in violation of 28 C.F.R. Part 36, Section 4.3.10.

 (iii) The bar, with fixed footstand, is higher than 34 inches above the finish floor in violation of the requirements of 28 C.F.R. Part 36, Section 5.2 which requires a maximum height of the counter, or a 60-inch-wide section of it, to be 34 inches above the finish floor.

 (iv) Failure to provide a securely attached floor mat in the Subject Facility, in violation of 28 C.F.R. Part 36, Section 4.5.3.

 (v) Failure to provide adequate directional and accurate informational signage throughout the Subject Facility, as required by 28 C.F.R. Part 36, Section 4.1.3(16).

 (vi) Failure to provide signage, in the Subject Facility, addressing people with disabilities, telling them that accessible services are provided, as required by 28 C.F.R. Part 36, Section 4.30.4.

ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS, has judgment against Defendant, M & E CHRISTOPHER LLC, requiring Defendant, M & E CHRISTOPHER LLC, to compensate the Plaintiff one thousand dollars ($1,000.00) in compensatory damages based on Defendant, M & E CHRISTOPHER LLC's violation of the New York City Human Rights Law and the New York State Human Rights Law.

ORDERED, ADJUDGED AND DECREED: Plaintiff, NAMEL NORRIS, has judgment for an award of reasonable attorneys' fees, expert fees, and costs as it relates to this matter as to Defendant, M & E CHRISTOPHER LLC.  This Court retains jurisdiction relating the Plaintiff's attorney's fees and costs for a period of ninrty (90) days from entry of this default judgment.

Dated: _____
   New York, New York

                  _____
                  Hon. Jennifer L. Rochon
                  United States District Judge

This document was entered on the docket on _____.

Case 1:21-cv-08956-JLR-HJR   Document 136   Filed 11/04/24   Page 3 of 3