UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                    Plaintiff,<br><br>    -v-<br><br>RPC RESTAURANT CORP., <u>et al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 21 Civ. 8956 (JLR) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The matter was referred for a report and recommendation on Plaintiff's pending motions for default judgment (ECF Nos. 130–36 (the "Motions")) and an inquest into damages. (ECF No 137).

Accordingly, it is **ORDERED** that Defendants shall submit their response to the Motions, if any, no later than **December 2, 2024**. <u>IF DEFENDANTS (1) FAIL TO RESPOND TO THE MOTIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY **DECEMBER 2, 2024** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting <u>Fustok v. ContiCommodity Services Inc.</u>, 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order and the Motions (ECF Nos. 130–36) on Defendants and file proof of service by **November 18, 2024.**

1

Dated:   New York, New York
         November 13, 2024

                                             SO ORDERED.

                                             **SARAH L. CAVE**
                                             **United States Magistrate Judge**

2