USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

     -v-

RPC RESTAURANT CORP., ET AL.,

                Defendants.

**ORDER**

21-CV-8956 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated November 12, 2024, this matter was referred to Magistrate Judge Cave for a report and recommendation on Plaintiff's Motions for Default Judgment at ECF Nos. 130-36 (the "Motions") and an inquest into damages. ECF No. 137.

By Order dated November 13, 2024, Judge Cave directed Defendants to submit their response to the Motions, if any, no later than December 2, 2024. ECF No. 138. The Order also advised Defendants that if they (1) fail to respond to the Motions, or (2) fail to contact Judge Cave's chambers by December 2, 2024 and request an in-court hearing, she intended to issue a report and recommendation based on Plaintiff's written submissions alone without an in-court hearing. *Id.*

Also on November 13, 2024, the referral was reassigned to me. This reassignment does not alter any deadline or directive in this case. As such, Defendants are advised that the deadline to submit their response to the Motions or to request an in-court hearing remains December 2, 2024. If Defendants wish to

1

request an in-court hearing, they should contact my Chambers rather than Judge Cave's Chambers. Plaintiffs should serve Judge Cave's Order, ECF No. 138, and the Motions, ECF Nos. 130-36, on Defendants and file proof of service by November 18, 2024.

Plaintiff is also directed to serve this Order on Defendants and file proof of service by November 19, 2024.

**SO ORDERED.**

Dated: November 14, 2024
       New York, New York

Henry J. Ricardo
United States Magistrate Judge