**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NAMEL NORRIS,

                Plaintiff,                21 **CIVIL** 8956 (JLR)(HJR)

    -against-                          **JUDGMENT**

RPC RESTAURANT CORP. and M&E
CHRISTOPHER LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 18, 2025, the Court adopts the Report & Recommendation in its entirety. Default judgment is entered against Defendants in the amount of $1,000 with Defendants held jointly and severally liable as to the ADA, NYSHRL, and NYCHRL claims relating to the entrance and exit to the Facility. The Court also grants injunctive relief as to Plaintiff's allegations regarding the inaccessibility of the entrance and exit to the Facility. Specifically, Defendants are directed to make the entrance and exit to the Facility readily accessible to and useable by individuals with disabilities to the extent required by the ADA and ADAAG. All other injunctive relief is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          February 19, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                  **BY:**
                                            **Deputy Clerk**