UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                  Plaintiff,

      -against-

RPC RESTAURANT CORP., d/b/a RED
PAPER CLIP, and M&E CHRISTOPHER
LLC,

               Defendants.

Case No. 1:21-cv-08956 (JLR)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

JENNIFER L. ROCHON, United States District Judge:

This motion for attorney's fees was referred to Magistrate Judge Ricardo for a Report and Recommendation. *See* Dkt. 137; Dkt. 139. In the Report and Recommendation filed on December 4, 2025, Magistrate Judge Ricardo recommended that the motion be granted in part and denied in part, such that Plaintiff be awarded $30,108.00 in attorney's fees and $732.00 in costs, for a total of $30,840.00. *See* Dkt. 158.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however "a district court need only satisfy itself that there is no clear error on the face of the record." *See, e.g.*, *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). This clearly erroneous standard also applies when a party makes only conclusory or general objections. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 361 (2d Cir. 2025).

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *See* Dkt. 158 at 9. In addition, the Report and Recommendation expressly called the parties' attention to Rules 6 and 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). *Id.* Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, the parties have waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601, 604 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Magistrate Judge Ricardo reasonably reduced Plaintiff's counsel's requested hourly rate to conform to the range counsel had been awarded in other matters and the range typically awarded to similarly experienced attorneys in this district. Dkt. 158 at 5. Magistrate Judge Ricardo also reduced the award based on counsel's time spent on administrative tasks, *id.* at 6, as well as based on counsel's duplicative and unreasonable time entries, *id.* at 7. These reductions were appropriate and properly grounded in law. Magistrate Judge Ricardo also awarded costs appropriately, based on supporting documentation of costs necessarily incurred in this litigation. *Id.* at 8. Accordingly, the Report and Recommendation is ADOPTED in its entirety.

**The Court hereby ORDERS that Plaintiff be awarded $30,108.00 in attorney's fees and $732.00 in costs, for a total of $30,840.00**.

Dated:  April 24, 2026
        New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge